Submitted on record and petitioner's brief May 24, reversed and remanded July 18, 1977

BARRETT MOBILE HOME TRANSPORT, INC.,
*Petitioner,*

*v.*

EMPLOYMENT DIVISION, *Respondent.*

(No. 76-T-25, CA 7747)

566 P2d 211

J. Terrence Bittner, and Jones, Lang, Klein, Wolf & Smith, Portland, filed the brief for petitioner.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

Respondent confesses error.

Reversed and remanded.